IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN H. SMITH,

      Plaintiff,                                      No. CIV S-07-0628 MCE GGH PS

      vs.

SACRAMENTO UNIFIED SCHOOL                 <u>ORDER</u>
DISTRICT,

      Defendant.

_____/

         On August 7, 2007, this court ordered plaintiff to show cause why this action should not be dismissed for failure to comply with the requirement of Fed. R. Civ. P. 4(m) that service of process be made within 120 days after the filing of the complaint, in this case by April 2, 2007.

         Plaintiff timely responded that he has had an assistant helping him with the preparation of this case who "became very ill and had surgery shortly after my complaint was prepared and filed. She has had extensive follow-up treatments since her surgery and has recently returned to work. Once she returned to work she served the Defendants on August 2, 2007 the summons, complaint and all supporting documentation." Plaintiff also filed with the court a return of service upon defendant on August 2, 2007.

Defendant subsequently filed a motion to dismiss scheduled for hearing before this court on September 27, 2007.

Good cause having been shown for plaintiff's delay in serving process upon defendant, the Order to Show Cause issued August 8, 2007 is hereby discharged.

DATED: 9/4/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH5:Smith628.ord