IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN H. SMITH,

    Plaintiff,                           No. CIV S-07-0628 MCE GGH PS

    vs.

SACRAMENTO UNIFIED SCHOOL              <u>ORDER</u>
DISTRICT,

    Defendant.

_____/

        Defendant's motion to dismiss is presently calendared for hearing on September 27, 2007. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion. E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The September 27, 2007, hearing on defendant's motion to dismiss is hereby vacated; and

\\\\\

\\\\\

\\\\\

1

2. Defendant's motion to dismiss, and plaintiff's request for leave to file an amended complaint, are submitted on the record.

DATED: 9/21/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH5:Smith628.vac.hrg.wpd