IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN H. SMITH,

    Plaintiff,                                No. CIV S-07-0628 MCE GGH PS

    vs.

SACRAMENTO UNIFIED SCHOOL DISTRICT,                <u>ORDER</u>

    Defendant.
_____/

        The parties ask this court to enter judgment pursuant to Fed. R. Civ. P. 68, reflecting plaintiff's acceptance of defendant's offer of settlement, and dismiss this action. Accordingly, the court makes this order reflecting the terms of the parties' agreement and dismisses this case.

        IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. P. 68, that judgment be entered in favor of plaintiff, John H. Smith, against defendant, Sacramento City Unified School District, with no admission of liability by defendant, in the sum of ten thousand dollars ($10,000.00), which is the total amount that defendant shall be obligated to pay on account of any liabilty for all recoverable costs of suit and attorney's fees that may otherwise be recoverable in this action.

DATED: 1/7/08                                          /s/ Gregory G. Hollows

GGH5:Smith628.dism.wpd                            U.S. Magistrate Judge